[Nos. 46703-4-I; 48649-7-I.   Division One.   February 19, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. KRISTI ANN BEARD, *Appellant*.

*In the Matter of the Personal Restraint of* KRISTI BEARD, *Petitioner*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 99-1-01098-6, Ronald L. Castleberry, J., entered April 19, 2000, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Ellington, J., concurred in by Baker and Schindler, JJ.

[No. 46862-6-I.   Division One.   February 19, 2002.]

*In the Matter of the Marriage of* LANE PHELAN, *Respondent*, and ROBERT C. SCHULTZ, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 99-3-00535-6, Michael E. Rickert, J., entered April 21, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 47070-1-I.   Division One.   February 19, 2002.]

*In the Matter of the Personal Restraint of* LEON RICHER, *Petitioner*.

Petition for relief from personal restraint. *Granted in part* by unpublished per curiam opinion.

[No. 47128-7-I.   Division One.   February 19, 2002.]

WASHINGTON CASUALTY COMPANY, *Appellant*, v. THE DOCTORS' COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-25694-8, Linda Lau, J., entered July 14, 2000. *Affirmed* by unpublished opinion per Becker, J., concurred in by Agid, C.J., and Baker, J.